## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CHRISTOPHER A. MITCHELL,**

      **Plaintiff,**                        Case No. 2:17-cv-905
                                          **JUDGE EDMUND A. SARGUS, JR.**
   v.                              Chief Magistrate Judge Elizabeth P. Deavers

**MICHAEL WEINIG, INC.,**

      **Defendant.**

### ORDER OF DISMISSAL

This day came the parties, by their respective counsel, and jointly announced to the Court that all claims existing among and between the parties have been fully and completely resolved by settlement agreement and therefore, the parties jointly move this Court for an Order dismissing this matter from the docket. (ECF No. 98.) After considering the motion and for good cause shown, the Court **GRANTS** the motion.

Therefore, it is hereby **ORDERED** that all claims herein are dismissed with prejudice, all parties bearing their own costs. The Clerk is **DIRECTED** to close this case and to send a certified copy of this Dismissal Order to all counsel of record upon entry.

      **IT IS SO ORDERED.**

**1/15/2021**                                                     _s/Edmund A. Sargus, Jr._
**DATE**                                                         **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**